THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| MICHELLE CUDDEBACK, pro se, | ) Case No.: No.10-cv-01347 RSM |
| Plaintiff, | ) |
| vs. | ) REQUEST FOR EXTENSION OF TIME TO FILE |
| LAND HOME FINANCIAL SERVICES, | ) AMENDED COMPLAINT |
| AMERICAN HOME MORTGAGE SERVICING, | ) |
| INC., PACIFIC NORTHWEST TITLE | ) **Noted on motion calendar:** |
| INSURANCE COMPANY, FIDELITY NATIONAL | ) **APRIL 14, 2011** |
| TITLE INSURANCE COMPANY, MORTGAGE | ) |
| ELECTRONIC REGISTRATION SYSTEMS, | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ) |
| Defendants. | |

Comes now I, Plaintiff, Michelle Cuddeback, requesting that this Honorable court extend the amount of time allowed for me to amend my original complaint in this case.

**Reason for request**

I, Plaintiff, Michelle Cuddeback, have done my best to learn how to properly plead my case and request for relief. I realize I am not educated to the standards of a licensed attorney as far as formulating and filing my

Request for extension of time - 1

complaint to all aspects of civil procedures and rules.  I am still making a good faith effort, and actually doing everything humanly possible with the time frame I have, to amend my original complaint.  I have thought it best, based on my experience so far with court proceedings; to seek counsel to review my amended complaint and assist me in stating claims properly so that the court can grant me relief. For this reason I request an extra 30 days to file my amended complaint.

                                      Respectfully Submitted,

                                      /s/ Michelle Cuddeback

                                      Michelle Cuddeback

                                      Ph. 206-909-6997

                                      Email – michelle4469@comcast.net